# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Suzanne B. Conlon | Sitting Judge if Other than Assigned Judge | Ian H. Levin |
|---|---|---|---|
| **CASE NUMBER** | 02 C 7563 | **DATE** | 11/19/2003 |
| **CASE TITLE** | Rodolfo Espinoza vs. NW Univ | | |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]

(2) ☐ Brief in support of motion due _____.

(3) ☐ Answer brief to motion due_____. Reply to answer brief due_____.

(4) ☐ Ruling/Hearing on _____ set for _____ at _____.

(5) ☐ Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____.

(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.

(7) ☐ Trial[set for/re-set for] on _____ at _____.

(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.

(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to]
☐ FRCP4(m)   ☐ Local Rule 41.1   ☐ FRCP41(a)(1)   ☐ FRCP41(a)(2).

(10) ■ [Other docket entry] Enter report and recommendation recommending that Northwestern University's motions for sanctions pursuant to Fed. R. Civ. P. 11 [58-1] and for other relief pursuant to the Court's inherent authority [46-1] be granted and sanctions imposed against plaintiff Rodolfo Espinoza and in favor of defendant Northwestern University in the amount of $5,000.00, for the reasons stated of record and on the terms stated of record. It is hereby further recommended that defendant's motion to strike [59-1], which was taken is a response to plaintiff's motions, be denied. The transcript of said ruling at the hearing this date shall stand as the content of the above report and recommendation. All matters relating to the referral of this action having been resolved, the case is returned the assigned judge.

(11) ■ [For further detail see order on the reverse side of the original minute order.]

| | | | | Document Number |
|---|---|---|---|---|
| | No notices required, advised in open court. | | 2 number of notices | |
| | No notices required. | | | |
| ✓ | Notices mailed by judge's staff. | | NOV 20 2003 date docketed | 66 |
| | Notified counsel by telephone. | | | |
| | Docketing to mail notices. | U.S. DISTRICT COURT | | |
| | Mail AO 450 form. | CLERK | docketing deputy initials | |
| ✓ | Copy to judge/magistrate judge. | 03 NOV 20 AM 11:25 | 11/19/2003 | |
| SM | courtroom deputy's initials | FILED FOR DOCKETING 1-03 | date mailed notice SM mailing deputy initials | |

# ORDER

**Any objections to this Report and Recommendation must be filed with the Clerk of the Court within ten (10) days of receipt of this notice. Failure to file objections within the specified time waives the right to appear the Magistrate Judge's Report and Recommendation. See FED. R. CIV. P. 72 (B); 28 U.S.C. §636(B)(1)(B); LORENTZEN v. ANDERSON PEST/CONTROL, 64 F. 3D 327, 329 (7TH CIR. 1995); THE PROVIDENT BANK v. MANOR STEEL CORP., 882 F. 2D 258 (7TH CIR. 1989).**